Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL ROMANS and KATHRYN ROMANS, husband and wife, a marital community,<br>　　　　　　　　Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　　　　　Defendant | NO. C13-5834 BHS<br><br>**STIPULATION AND ORDER ADJUSTING PRETRIAL DEADLINES**<br><br>Noted on the Motion Calendar: November 13, 2014 |

 COME NOW the parties, and respectfully agree and request that the Court extend the deadline for disclosure of expert testimony and the deadline for disclosure of rebuttal expert testimony by approximately thirty days.  The parties do not ask to adjust the trial date.  Currently, pursuant to a Minute Order Setting Bench Trial and Pretrial Dates, this matter is set for trial on June 2, 2015.  Disclosure of expert testimony under FRCP 26(a)(2) is due by November 24, 2014, and disclosure of rebuttal expert testimony under FRCP 26(a)(2) is due by December 24, 2014.  Discovery must be completed by February 2, 2015.  *See* Docket Order No. 11.

STIPULATION AND ORDER ADJUSTING PRETRIAL DEADLINES
C13-5834 BHS-1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The parties request an extension through December 24, 2014 to complete the disclosure of expert testimony, and an extension through January 24, 2015 to complete the disclosure of rebuttal expert testimony. Since this case was filed, both parties have worked cooperatively and diligently to exchange discovery. Despite best and good faith efforts, the parties anticipate that they will not be able to complete the independent medical examination ("IME") of Mr. Romans in time to meet the current deadline of November 24, 2014. Other potential experts for the respective parties may need to review any IME report before preparing their own expert reports.

Accordingly, the parties agree and respectfully request that the Court order this brief and limited extension of the expert disclosure and rebuttal expert disclosure deadlines.

DATED this 13th day of November, 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Michael Koch* | ANNETTE L. HAYES |
| J. MICHAEL KOCH, WSBA #4249 | Acting United States Attorney |
| P.O. Box 368 | |
| Silverdale, WA 98383 | */s/ Patricia D. Gugin* |
| E-mail: mike@kochlaw.com | */s/ Lisca N. Borichewski* |
| | PATRICIA D. GUGIN, WSBA # 43458 |
| */s/ Chalmers C. Johnson* | LISCA N. BORICHEWSKI, WSBA # 24300 |
| CHALMERS C JOHNSON, WSBA #40180 | Assistant United States Attorneys |
| GSJONES LAW GROUP, PS | United States Attorney's Office |
| 1155 Bethel Ave | 1201 Pacific Avenue, Suite 700 |
| Port Orchard, WA 98366 | Tacoma, Washington 98402 |
| chalmersjohnson@gmail.com | Phone: 253-428-3832 |
| | Fax: 253-428-3826 |
| Attorneys for Plaintiffs | E-mail: pat.gugin@usdoj.gov |
| | E-mail: Lisca.borichewski@usdoj.gov |
| | |
| | Attorneys for Defendant |

STIPULATION AND ORDER ADJUSTING PRETRIAL DEADLINES
C13-5834 BHS-2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the deadline for the disclosure of expert witnesses is extended from November 24, 2014 to December 24, 2014, and the deadline for the disclosure of rebuttal expert witnesses is extended from December 24, 2014, to January 24, 2014.  All other dates in the current scheduling order shall remain unchanged.

DATED this 14th day of November, 2014.

                    BENJAMIN H. SETTLE
                    United States District Judge

Presented by:

/s/ J. Michael Koch
J. MICHAEL KOCH, WSBA #4249
P.O. Box 368
Silverdale, WA  98383
E-mail:  mike@kochlaw.com

/s/ Chalmers C. Johnson
CHALMERS C JOHNSON, WSBA #40180
GSJONES LAW GROUP, PS
1155 Bethel Ave
Port Orchard , WA 98366
chalmersjohnson@gmail.com

Attorneys for Plaintiffs

ANNETTE L. HAYES
Acting United States Attorney

/s/ Patricia D. Gugin
/s/ Lisca N. Borichewski
PATRICIA D. GUGIN, WSBA # 43458
LISCA N. BORICHEWSKI, WSBA # 24300
Assistant United States Attorneys
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3832
Fax:  253-428-3826
E-mail:  pat.gugin@usdoj.gov
E-mail:  Lisca.borichewski@usdoj.gov

Attorneys for Defendant

STIPULATION AND ORDER ADJUSTING PRETRIAL DEADLINES
C13-5834 BHS-3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800